UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OSCAR ANDRES NAVARRETE-CARLOS,<br><br>    Defendant. | Case No. 86CR0732-DMS<br><br>ORDER OF DISMISSAL OF THE INDICTMENT, RECALL ARREST WARRANT AND JUDGMENT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: January 29, 2013

                                        HON. DANA M. SABRAW
                                        United States District Judge